UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI BRANDOLINO (5),<br><br>Defendant. | Case No. 15cr2310-WQH<br><br>ORDER OF CRIMINAL FORFEITURE |
|---|---|

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant GIOVANNI BRANDOLINO (5) ("Defendant"), pursuant to Title 18, United States Code, Section 1963(a) and Title 18, United States Code, Section 982(a)(1), as charged in the Superseding Indictment; and

WHEREAS, on or January 10, 2017, the Defendant pled guilty before Magistrate Judge Bernard G. Skomal to Counts 1 and 3 of the Superseding Indictment, which pleas included consent to the forfeiture allegations of the Superseding Indictment, and an agreement to forfeit to the United States the amount of $1,000,000 as proceeds Defendant received from the offense set forth in Count 1 and as property involved in the offense set forth in Count 3, which forfeiture shall be included and incorporated as part of the judgment in this case; and

//

WHEREAS, on February 9, 2017 this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court determined that $1,000,000 (U.S. dollars) represents the moneys derived from and traceable to the proceeds that the Defendant obtained directly as a result of the offense set forth in Count 1, and is also the amount of money involved in the offense set forth in Count 3, to which he pled guilty, as charged in the Superseding Indictment; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $1,000,000, pursuant to 18 U.S.C. § 1963, 18 U.S.C. § 982 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the $1,000,000 forfeiture and the offenses; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 18 U.S.C. § 1963(m) and 18U.S.C. § 982(b) exist and has agreed the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant GIOVANNI BRANDOLINO (5) shall forfeit to the United States the sum of $1,000,000 pursuant to 18 U.S.C. § 1963 and 18 U.S.C. § 982 in the form of a forfeiture amount for the proceeds Defendant received from his offense of conviction on Count 1 and as the amount of Defendant's property involved in Count 3, which forfeiture is in favor of the United States against

Defendant GIOVANNI BRANDOLINO (5), with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,000,000 to satisfy the forfeiture in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture.

Dated: January 31, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court